UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

This Document Relates To:

| | |
|---|---|
| *Peggy Korpela v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10327-DRH |
| *Sandra Macat v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11646-DRH |
| *Connie Marciante v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11288-DRH |
| *Nancy Mazza v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12011-DRH |
| *Morgan Rae McConville v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12495-DRH |
| *Rachel Melton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12494-DRH |
| *Michelle Miller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12558-DRH |
| *Jessie Mutz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10574-DRH |
| *Samantha Neilson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10157-DRH |
| *Carley Peake v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12014-DRH |

| | |
|---|---|
| *Christy Perello v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13088-DRH |
| *Audrey Pierce v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13377-DRH |
| *Mary Runner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12015-DRH |
| *Misty Shearer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12716-DRH |
| *Crystal Shroyer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12546-DRH |
| *Kenna Smith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10580-DRH |
| *Shelly Soukup v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12365-DRH |
| *Danielle Strickler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12361-DRH |
| *Carla Watkins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12718-DRH |
| *Michelle Weiand v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13058-DRH |
| *Linda Wood v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10326-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 2, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**

                                        **BY:   /s/*Sara Jennings*** 
                                                **Deputy Clerk**

**Dated:**  April 3, 2014

Digitally signed by David R. Herndon
Date: 2014.04.03 14:30:12 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**

3